Charles W. STRONG, trading as Strong Manufacturing Company, Appellant, v. Francis R. SMITH, Collector of Internal Revenue.

No. 9946.

United States Court of Appeals Third Circuit.

Argued Oct. 13, 1949.

Decided Jan. 10, 1950.

Filindo B. Masino, Philadelphia, Pa., for appellant.

Frederic G. Rita, Special Assistant to Attorney General, Washington, D. C. (Theron Lamar Caudle, Assistant Attorney General, Ellis N. Slack, Robert N. Anderson, Special Assistants to the Attorney General, Gerald A. Gleeson, United States Attorney, Thomas J. Curtin, Assistant United States Attorney, Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and KALODNER, Circuit Judge, and FEE, District Judge.

PER CURIAM.

Examination of the briefs and record and consideration of the oral argument in this case convince us that no error was committed by the court below. Accordingly the judgment appealed from will be affirmed.

---

Arja WATKINS et al., Appellants, v. The HUDSON COAL COMPANY.

No. 10055.

United States Court of Appeals Third Circuit.

Argued Jan. 6, 1950.

Decided Jan. 10, 1950.

James G. McDonough, Scranton, Pa., (J. Frank Connolly, James W. Scanlon, Bernard J. Brown, Scranton, on the brief), for appellants.

Benjamin R. Jones, Jr., Wilkes-Barre, Pa., (Rudolph S. Houck, Francis D. Mahon, Scranton, Pa., Paul Bedford, Wilkes-Barre, on the brief), for appellee.

Before BIGGS, Chief Judge, and MARIS and KALODNER, Circuit Judges.

PER CURIAM.

The appeal will be dismissed for want of jurisdiction since the order appealed from is not a final decision.